Stacey A. Martinson, OSB No. 074708
stacey.martinson@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

    Attorneys for Plaintiff Judy Holder

FILED
MAY 05 2011

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUDY HOLDER | Case No.: 09-CV-1472-AC |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| ERIC K. SHINSEKI, Department of Veterans Affairs,, | |
| Defendant. | |

Pursuant to Fed R Civ P 41(a) and based on the Motion for Dismissal With Prejudice (Docket No. 15), it is hereby

Page 1 - Order Of Dismissal With Prejudice

PDXDOCS:1929633.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699

ORDERED that the above civil action is dismissed with prejudice and without costs to any party.

DATED this 5th day of May, 2011.

John V. Acosta
United States ~~District Court~~ Magistrate Judge

Submitted By:

Stacey A. Martinson, OSB No. 074708
stacey.martinson@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S. W. Fifth Avenue
Portland, Oregon 97204-3699
Telephone: (503) 224-5858
Facsimile: (503) 224-0155

Page 2 -   Order of Dismissal With Prejudice

PDXDOCS:1929633.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204-3699